UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  
    Dale Burgess  
              Debtor(s).

Case No. 14−32242 WTT  
Chapter 7

ORDER OF DISMISSAL

The debtor(s) having failed to comply with one or more of the following requirements pursuant to Local Rules 1007−1, 2003−1, or 4002−1(c):

    A. Timely file pertinent pleadings or documents;  
    B. Failed to attend the Meeting of Creditors;  
    C. Timely provide pertinent documents to the United States Trustee.

Notice having been given that such failure(s) will result in dismissal, it is hereby ORDERED that the above−named case is DISMISSED.

Dated and Entered on: February 11, 2015

*William J. Thurman*

United States Bankruptcy Judge   (15)

United States Bankruptcy Court
District of Utah

In re:  
Dale Burgess  
    Debtor

Case No. 14-32242-WTT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: kjn     Page 1 of 1     Date Rcvd: Feb 11, 2015  
                    Form ID: f208     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2015.
```
db          +Dale Burgess,   542 North 300 East,   Hurricane, UT 84737-1832
9600472     +Baja Broadband,   111 W. 700 S.,   Saint George, UT 84770-3550
9600474     +Carrington Mortgage,   1610 E Saint Andrew Place Sutie B150,   Santa Ana, CA 92705-4931
9618097     +Carrington Mortgage Services, LLC,   1610 East St. Andrew Place, Suite B-150,
              Santa Ana, California 92705-4931
9600475     +Emma Burgess,   2554 West 225 North,   Hurricane, UT 84737-3118
9600478     +Hurricane City Ambulance,   PO Box 95970,   South Jordan, UT 84095-0970
9600479      Hurricane City Utilities,   147 North 879 West,   Hurricane, UT 84737
9600481     +Intermountain Health Care,   P.O. Box 410400,   Salt Lake City, UT 84141-0400
9600483     +Questar Gas,   P.O. Box 45360,   Salt Lake City, UT 84145-0360
9600484     +Read, Wright, Naegle, and Jensen,   965 East 700 South,   Suite 207,
              Saint George, UT 84790-4085
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9600471      +EDI: BECKLEE.COM Feb 12 2015 01:33:00      American Express,   Po Box 3001,
              16 General Warren Blvd,   Malvern, PA 19355-1245
9613668       EDI: BECKLEE.COM Feb 12 2015 01:33:00      American Express Bank FSB,   c/o Becket and Lee LLP,
              POB 3001,   Malvern PA 19355-0701
9600473      +E-mail/Text: banko@bonncoll.com Feb 12 2015 01:53:12      Bonneville Collections,
              1186 E 4600 S, Ste. 100,   Ogden, UT 84403-4896
9600476      +E-mail/Text: bankruptcy@expressrecovery.com Feb 12 2015 01:52:23      Express Recovery Services,
              PO Box 26415,   Salt Lake City, UT 84126-0415
9600477      +EDI: RMSC.COM Feb 12 2015 01:34:00      GECRB/Dillards DC,   Attn: Bankruptcy,   PO Box 103104,
              Roswell, GA 30076-9104
9600480      +EDI: IIC9.COM Feb 12 2015 01:33:00      IC System,   Attn: Bankruptcy,
              444 Highway 96 East, P.O. Box 64378,   Saint Paul, MN 55164-0378
9600485      +E-mail/Text: cswelch@chartway.com Feb 12 2015 01:52:55      Southwest Federal Credit Union,
              162 North 400 East,   A101,   Saint George, UT 84770-7192
9600486      +E-mail/Text: cswelch@chartway.com Feb 12 2015 01:52:56      Tooele Federal Credit Union,
              PO Box 720,   Tooele, UT 84074-0720
9600488      +EDI: WFFC.COM Feb 12 2015 01:33:00      Wells Fargo Financial Bank,   Attention: Bankruptcy,
              PO Box 10438,   Des Moines, IA 50306-0438
                                                                                              TOTAL: 9
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
9600482*     +Intermountain Health Care,   P.O. Box 410400,   Salt Lake City, UT 84141-0400
9600487*     +Tooele Federal Credit Union,   PO Box 720,   Tooele, UT 84074-0720
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2015 at the address(es) listed below:
```
          Bryan    Adamson     on behalf of Debtor Dale  Burgess badamson@dixielegal.com,
           jpeterson@dixielegal.com
          David C. West tr    davewest@infowest.com, ut14@ecfcbis.com
          Kenyon D. Dove    on behalf of Creditor    Carrington Mortgage Services, LLC kdove@smithknowles.com,
           dcouch@smithknowles.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4
```